IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> STEVEN M. SKOIEN, </br></br> Defendant. | INDICTMENT </br></br> Case No. _____ </br></br> 18 U.S.C. § 922(g)(9) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 3, 2007, in the Western District of Wisconsin, the defendant,

STEVEN M. SKOIEN,

after having previously been convicted of a misdemeanor crime of domestic violence, knowingly and unlawfully possessed in or affecting commere, a Winchester Model 120, 12-gauge shotgun, a Winchester Model 100, .308 caliber rifle, and a Paramount .25 caliber pistol, these firearms having previously traveled in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(9)).

A TRUE BILL

_____
PRESIDING JUROR

_____
ERIK C. PETERSON
United States Attorney

Indictment returned: 1-30-08