IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   Case No. 08-CR-012-S<br>)<br>STEVEN M. SKOIEN,   )<br>)<br>Defendant.   )<br>) | |

IN THE MATTER OF THE APPLICATION FOR A
<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO THE HONORABLE STEPHEN L. CROCKER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF WISCONSIN

The petition of the United States Attorney for the Western District of Wisconsin respectfully shows to this Honorable Court that Steven M. Skoien is a defendant in the above-entitled action whose appearance is necessary for initial appearance.

That petitioner further alleges that said proceedings will be held in Room 460, United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing on February 14, 2008, at 10:00 a.m.

That petitioner has been informed and believes that Steven M. Skoien is now confined at the Rock County Jail at which institution said person is committed pursuant to the order of a court of the State of Wisconsin.

WHEREFORE, your petitioner prays that this Honorable Court order that a Writ of Habeas Corpus be issued from this Court to the warden, the United States Marshal

for the Western District of Wisconsin, or any other person having lawful custody of the above-named defendant at the Rock County Jail requiring him/her to produce the body of the said Steven M. Skoien at the time and place set forth above and for any other proceedings scheduled by the Court herein.

Dated at Madison, Wisconsin, this __12th__ day of February 2008.

>__/s/__
> TIMOTHY M. O'SHEA
> Assistant United States Attorney

Upon the foregoing petition,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus ad prosequendum be issued as prayed for in the foregoing Petition.

IT IS FURTHER ORDERED that the United States Marshal shall retain custody of the defendant until further order of the Court.

Dated this _____ day of February 2008.

> _____
> HONORABLE STEPHEN L. CROCKER
> United States Magistrate Judge

2