IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 08-CR-012-S |
| | ) |
| STEVEN M. SKOIEN, | ) |
| | ) |
| Defendant. | ) |

---

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF WISCONSIN, WARDEN, OR ANY OTHER PERSON HAVING LAWFUL CUSTODY OF THE ABOVE-NAMED DEFENDANT.

GREETINGS:

WE COMMAND YOU, that you have the body of

STEVEN M. SKOIEN

now detained in the Rock County Jail, under safe and secure conduct at Room 460, United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing February 14, 2008, at 10:00 a.m., for the purpose of initial appearance and for any other proceedings scheduled by the Court herein.

WITNESS, the Honorable United States Magistrate Judge for the Western District of Wisconsin, at Madison, Wisconsin, Western District of Wisconsin, on this 13th day of February 2008.

THERESA M. OWENS, Clerk
United States District Court
Western District of Wisconsin

By _____
Deputy Clerk

**RETURN**

I hereby certify and return that I have (partially fully) executed this writ by delivering said prisoner to:

USMS Cell Block

on 2-14-08

Stephen G. Fitzgerald, U.S. Marshal

by _B. Ney_, Deputy

**RETURN**

I hereby certify and return that I have (partially (fully)) executed this writ by delivering said prisoner to:

Rock Co. Jail

on 2/14/08

Stephen G. Fitzgerald, U.S. Marshal

by _____, Deputy