DOC NO
REC'D/FILED

2008 FEB 21   PM 12:55

                                    ~WENS
                         CLERK US DIST COURT
                              WD OF WI

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Case No. 08-CR-12-S |
| ) | |
| STEVEN M. SKOIEN,       ) | |
| ) | |
| Defendant.              ) | |

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF WISCONSIN, WARDEN, OR ANY OTHER PERSON HAVING LAWFUL CUSTODY OF THE ABOVE-NAMED DEFENDANT.

G R E E T I N G S :

WE COMMAND YOU, that you have the body of

STEVEN M. SKOIEN

now detained in the Rock County Jail, Janesville, Wisconsin, under safe and secure

conduct at Room 460, United States Courthouse, 120 North Henry Street, Madison,

Wisconsin 53703, commencing February 27, 2008, at 10:00 a.m., for the purpose of

arraignment and for any other proceedings scheduled by the court herein.

WITNESS, the Honorable United States Magistrate Judge for the Western District

of Wisconsin, at Madison, Wisconsin, Western District of Wisconsin, on this ___4th___ day

of ~~January~~ February 2008.

THERESA M. OWENS, Clerk
United States District Court
Western District of Wisconsin

RETURNED
UNEXECUTED
earlier court appearance
mm

By _____
         Clerk