**U.S. Department of Justice**

**Erik C. Peterson**
**United States Attorney**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

---

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

March 3, 2008

Mr. Michael Lieberman
Federal Defender Service of Wisconsin
Western District of Wisconsin
222 West Washington Avenue, Suite 300
Madison, WI 53703

    Re:    *United States v. Steven M. Skoien*
            Case No.  08-CR-12-C

Dear Mr. Lieberman:

    I have enclosed a copy of a CD relating to the above-captioned case, along with instructions on how to view this CD.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608)264-5158.

                                    Very truly yours,

                                    ERIK C. PETERSON
                                    United States Attorney

                                    By:    /s/

                                    TIMOTHY M. O'SHEA
                                    Assistant U. S. Attorney

TMO:rm
Enclosures
cc:     Magistrate Judge Stephen L. Crocker