UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                                              Case No.  08-CR-12-C

STEVEN SKOIEN,

    *Defendant*.

---

### NOTICE OF APPEAL

Steven Skoien, by counsel, now gives notice pursuant to FED. R. APP. P. 3(c), 4(b), that he appeals the judgment of conviction imposed on October 24, 2008 by the United States District Court for the Western District of Wisconsin, the Honorable Barbara B. Crabb presiding.  Mr. Skoien takes this appeal to the United States Court of Appeals for the Seventh Circuit.

With this notice of appeal, Mr. Skoien also files the docketing statement required by CIRCUIT RULE 3 (7th Cir.) combined with a CIRCUIT RULE 26.1 disclosure statement.  Mr. Skoien proceeds *in forma pauperis* on appeal, as counsel in the United States District Court was appointed under the Criminal Justice Act of 1964, and Mr. Skoien's financial circumstances have not changed meaningfully.  FED. R. APP. P. 24(a)(3).

Dated at Madison, Wisconsin, October 29, 2008.

        Respectfully submitted,
        STEVEN SKOIEN, *Defendant*


        */s/ Michael W. Lieberman*
        Michael W. Lieberman

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
222 West Washington Avenue, Suite 300
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
michael_lieberman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served by courier and through the Court's CM/ECF System to Assistant United States Attorney Timothy O'Shea, this 29th day of October, 2008.

        */s/ Michael W. Lieberman*
        Michael W. Lieberman