UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

STEVEN M. SKOIEN,

          Defendant.

ORDER

08-cr-012-bbc

    IT IS ORDERED that STEVEN M. SKOIEN, the defendant in the above-entitled case, having been sentenced to the custody of the Bureau of Prisons, is hereby ordered to surrender to the Bureau of Prisons by reporting to FCI - GREENVILLE, 100 U.S. Hwy 40, Greenville, IL 62246 on 1/15/2009, between noon and 2:00 p.m.

    IT IS FURTHER ORDERED that the Bureau of Prisons or its authorized representative is designated as an officer of the court for the purpose of receiving the defendant to begin commencement of the defendant's sentence.

    IT IS FURTHER ORDERED that a certified copy of this order be mailed to the defendant by certified mail.

    Entered this 13th day of November, 2008.

Barbara B. Crabb
District Judge