IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 08-CR-12-C |
| STEVEN M. SKOIEN, | ) |
| Defendant. | ) |

GOVERNMENT'S RESPONSE TO DEFENDANT SKOIEN'S MOTION TO POSTPONE REPORT DATE

Defendant Steven Skoien has requested that his report date be postponed until March 15, 2009. The United States has no objection to this request.

Dated this 5th day of January 2009.

                                                  Respectfully submitted,

                                                  ERIK C. PETERSON
                                                  United States Attorney

                                                  By:   /s/

                                                  TIMOTHY M. O'SHEA
                                                  Assistant United States Attorney