IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                      ORDER

            Plaintiff,

                                    08-cr-12-bbc

    v.

STEVEN M. SKOIEN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Steven Skoien has written to ask for an extension of his reporting date because of difficulties in scheduling his shoulder surgery.  The government does not object. Defendant's request is appropriate and will be granted.

ORDER

      IT IS ORDERED that defendant Steven M. Skoien's reporting date is extended to March 16, 2009, between the hours of noon and 2:00 p.m.

1

Defendant will be notified by the Bureau of Prisons of the institution to which he will be required to report.

Entered this 5th day of January, 2009.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge