

**U.S. Department of Justice**

**Erik C. Peterson**
**United States Attorney**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

---

<u>Address:</u>
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

<u>Mailing Address</u>:
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

March 11, 2009

Honorable Barbara B. Crabb
Chief Judge
United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

    Re:    *United States v. Steven Skoien*
             Case No. 08-CR-12-C

Dear Judge Crabb:

      Defendant Steven Skoien has filed a second motion to postpone the date by which he must report to the Bureau of Prisons to begin serving his 24-month sentence. Skoien was sentenced on October 24, 2008, and ordered to report on January 15, 2009, after the Court stated that it would extend the reporting date from December 1, 2008, to allow Skoien to have shoulder surgery. Based on Skoien's first motion to postpone, this Court further delayed his report date until March 16, 2009. Skoien now requests another postponement allowing him to enter prison after his appeal is decided, or at least until June 15, 2009.

      The United States does not oppose a third postponement based on the medical reasons set forth in Skoien's motion. The United States strongly opposes any postponement of the reporting date until after his appeal is decided. To grant a postponement for that reason is simply granting Skoien release pending appeal and he does not qualify for that release pursuant to 18 U.S.C. § 3143.

Thank you for your consideration.

                    Very truly yours,

                    ERIK C. PETERSON
                    United States Attorney

                    By:
                        /s/
                    TIMOTHY M. O'SHEA
                    Assistant United States Attorney

JWV/kjc

ecf:    Attorney Michael Lieberman