IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                  ORDER

                Plaintiff,

                                              08-cr-12-bbc

    v.

STEVEN M. SKOIEN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Steven Skoien has filed a second motion for postponement of his reporting date now set for March 16, 2009.  He asks for additional time for continued treatment of his shoulder injury.  In addition, defendant asks to postpone his reporting date until his appeal has been decided.  The government does not object to a postponement for medical reasons but does object to a postponement pending appeal.

      I believe a reporting date of June 15, 2009, will give defendant sufficient time to obtain appropriate follow up care for his shoulder injury.  I do not believe that an extension until his appeal is decided is warranted under 18 U.S.C. § 3143.

1

ORDER

IT IS ORDERED that defendant Steven M. Skoien's reporting date is extended to June 15, 2009, between the hours of noon and 2:00 p.m. Defendant will be notified by the Bureau of Prisons of the institution to which he will be required to report.

Entered this 12th day of March, 2009.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge