# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
Michael W. Lieberman, Supervising Attorney
Erika L. Bierma
Kelly A. Welsh

222 West Washington Avenue
Suite 300
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

June 8, 2009

Honorable Barbara B. Crabb
Chief United States District Judge
120 North Henry Street
Madison, Wisconsin   53703

Re:   *United States v. Steven Skoien*
        Case No. 08-cr-12-bbc

Dear Judge Crabb:

Last Friday, June 5, 2009, I filed a Third Motion for Postponement of Report Date (Docket No. 50), in which I indicated that I would submit a report from Mr. Skoien's treating physician when I received it.  I have now received a report from Dr. William Pennington and am filing it herewith.  As stated in the motion filed last week, and documented in his report, it is Dr. Pennington's opinion that Mr. Skoien's report date should be postponed for two to three months to allow sufficient time for "aggressive physical therapy as well as strict nonuse of his left shoulder."

Thank you for your time in considering this request.

Sincerely,

*/s/ Michael W. Lieberman*
Michael W. Lieberman
Supervisory Associate Federal Defender

Enclosure
cc:   AUSA Timothy O'Shea
        Mr. Steven Skoien