IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                          ORDER

              Plaintiff,

                                        08-cr-12-bbc

    v.

STEVEN M. SKOIEN,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Steven M. Skoien is to report no later than noon on July 28, 2009 to an institution to be designated by further court order. The bail conditions previously imposed on defendant shall remain in effect until noon on July 28, 2009.

       Entered this 18th day of June, 2009.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      BARBARA B. CRABB
                                      District Judge