# UNITED STATES DISTRICT COURT

## for

## Western District of Wisconsin

U.S.A. vs: Steven M. Skoien        Docket No. 08-CR-12-C-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW Rhonda Frank-Loron, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Steven M. Skoien who was placed under pretrial services supervision by the Honorable Magistrate Judge Stephen L. Crocker sitting in the court at Madison, on the 14th day of February, 2008, under the following conditions:

Standard Conditions #1-11
Special Conditions #12-14, 19, and 22

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

See enclosed special report.

PRAYING THAT THE COURT WILL ORDER: The modification of special condition #22 to require the defendant to:

*Beginning at noon at June 26, 2009,* Reside at Rock Valley Community Programs, located at 203 W. Sunny Lane Road, Janesville, Wisconsin, 53546. Defendant shall remain at the facility at all times except for attending doctor's appointments, physical therapy, and other medical appointments *and, unless his CPM chair can be moved to Rock Valley, to use the chair at his own home.*

ORDER OF COURT

Considered and ordered this 18th day of June, 2009 and ordered filed and made a part of the records in the above case.

_Barbara B. Crabb_
Honorable Barbara B. Crabb
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2009
_Rhonda Frank-Loron_
Rhonda Frank-Loron
U.S. Pretrial Services Officer

Place Madison, Wisconsin