UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

       v.                               08-cr-012-bbc-1

STEVEN M. SKOIEN,

                Defendant.

IT IS ORDERED that STEVEN M. SKOIEN, the defendant in the above-entitled case, having been sentenced to the custody of the Bureau of Prisons, is hereby ordered to surrender to the Bureau of Prisons by reporting to FCI Butner Medium II, Old NC Hwy 75, Butner, NC 27509 on 7/28/09, between noon and 2:00 p.m.

IT IS FURTHER ORDERED that the Bureau of Prisons or its authorized representative is designated as an officer of the court for the purpose of receiving the defendant to begin commencement of the defendant's sentence.

IT IS FURTHER ORDERED that a certified copy of this order be mailed to the defendant by certified mail.

Entered this 2d day of July, 2009.

                                                      Barbara B. Crabb
                                                      District Judge