## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

ORDER

v.

08-cr-012-bbc-1

STEVEN M. SKOIEN,

Defendant.

IT IS ORDERED that STEVEN M. SKOIEN, the defendant in the above-entitled case,

having been sentenced to the custody of the Bureau of Prisons, is hereby ordered to surrender to

the Bureau of Prisons by reporting to FCI Butner Medium II, Old NC Hwy 75, Butner,  NC

27509 on 7/28/09, between noon and  2:00 p.m.

IT IS FURTHER ORDERED that the Bureau of Prisons or its authorized representative is

designated as an officer of the court for the purpose of receiving the defendant to begin

commencement of the defendant's sentence.

IT IS FURTHER ORDERED that a certified copy of this order be mailed to the defendant

by certified mail.

Entered this *2d* day of July, 2009.

*Barbara B Crabb*

Barbara B. Crabb
District Judge

A TRUE COPY  Certified
7/9/09

Peter Oppeneer, Clerk
U.S. District Court
Western District of Wisconsin
BY *Vivian Balderas*
Deputy Clerk