IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                    ORDER

            Plaintiff,

                                                    08-cr-12-bbc

    v.

STEVEN M. SKOIEN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The order of designation dated August 3, 2010, dkt. #66, is VACATED.

      Defendant shall have until August 10, 2010 to respond to the government's motion for return to custody, dkt. #63.  The government shall have until August 16, 2010 to reply.

      Entered this 5th day of August, 2010.

                                                BY THE COURT:
                                               /s/
                                               BARBARA B. CRABB
                                               District Judge