PROB12B (12/13)

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WISCONSIN

Request for Modifying the Conditions of Supervision
with the Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is attached)*

**Name of Offender:** Steven Michael Skoien          **Case Number:** 3:08CR00012
Janesville, Wisconsin

**Name of Sentencing Judicial Officer:** The Honorable Barbara B. Crabb

**Date of Original Sentence:** October 24, 2008

**Offense:** Possession of a Firearm by a Prohibited Person in violation of 18 U.S.C. § 922(g)(9), a Class D Felony

**Original Sentence:** 24 months' imprisonment followed by a 3-year term of supervised release

**Type of Supervision:** Supervised release          **Date Supervision Commenced:** September 28, 2012

**Petitioning the Court**

☒ To modify the conditions of supervision with the addition of the following special condition:

Special Condition No. 6: "Not enter any establishment whose primary business is the sale of alcoholic beverages."

**Cause**

On October 23, 2013, Steven M. Skoien was issued a municipal citation for disorderly conduct charging him with a verbal disturbance at Quotes Bar & Grill in Janesville, Wisconsin. The incident involved an ex-girlfriend and an employee of the bar. Mr. Skoien later admitted he had consumed alcoholic beverages around the time of the verbal disturbance. On November 26, 2013, he was convicted of disorderly conduct and issued a $389.50 forfeiture that is to be paid by January 30, 2014. Mr. Skoien has indicated that he will pay this citation by the due date.

Mr. Skoien's substance abuse counseling has been increased and on January 23, 2014, Mr. Skoien signed the attached Probation Form 49 agreeing to the above modification of his conditions of supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          January 23, 2014

/s/
**Nolan, Michael J.**
**Senior U.S. Probation Officer**

**THE COURT ORDERS:**

☒ The modification of conditions as noted above.
☐ Other:  Click here to enter text.

/s/
------
**Honorable Barbara B. Crabb**
**U.S. District Judge**

January 27, 2014
------
**Date**